Rev. 11/08

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Andre W Ingram**  Case No. **09-10958**
**Joyce L Ingram**
Debtor(s)  Chapter 13 Proceeding

# DEBTOR(S)' CHAPTER 13 PLAN ☐ *AMENDED*
# AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

## Plan Summary

**A.** The Debtor's Plan Payment is scheduled at _____**Variable Payments**_____ ☑ Pay Order, ☐ Direct Pay for _____**60 months**_____. The gross amount to be paid into the plan is _____**$67,535.18**_____.

**B.** The Plan proposes to pay all allowed priority, special class and secured claims and approximately ___**0%**___ of the unsecured allowed claims. THIS PLAN DOES NOT ALLOW CLAIMS. You must file a proof of claim to receive distributions under any plan. Other than adequate protection payments, disbursements will begin after entry of an order of confirmation of the plan.

**C.** Value of non-exempt assets _____**$0.00**_____.

**D.** Current monthly income ___**$3,947.90**___, - expenses ___**$2,822.00**___ = available for Plan ___**$1,125.90**___.

**E.** The total amount to be paid into the Plan shall be increased for tax refunds as set forth in the Standing Order for Chapter 13 Case Administration in this Division. These additional receipts shall be disbursed according to the provisions of the Plan. The Debtor(s) is (are) directed to forward the tax refund to the Trustee.

## Special Plan Provisions
**None.**

## Plan Provisions

### I. Vesting of Estate Property

Upon confirmation of the plan, all property of the estate shall not vest in the Debtor(s), and shall remain as property of the estate subject to the automatic stay of 11 U.S.C. §362.

### II. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. § 1322(b)(7) of the Bankruptcy Code, the Debtor(s) hereby elects to assume the following executory contracts, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | |

Pursuant to 11 U.S.C. § 1322(b)(7) of the Bankruptcy Code, the Debtor(s) hereby elects to reject the following executory contracts, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Andre W Ingram**  Case No. **09-10958**
**Joyce L Ingram**
Debtor(s)  Chapter 13 Proceeding

## DEBTOR(S)' CHAPTER 13 PLAN ☐ *AMENDED*
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 1*

### III. Specific Treatment for Payment of Allowed Claims

**1. DIRECT PAYMENTS BY DEBTOR TO CREDITORS; SURRENDER OF COLLATERAL**

A. Debtor shall pay the following creditors directly:

| Creditor Name | Remarks | Debt Amount | Monthly Payment |
|---|---|---|---|
| Bank America | | $108,304.00 | $1,008.00 |

B. Debtor shall surrender the following collateral:

| Creditor Name / Collateral Surrendered | Remarks | Debt Amount |
|---|---|---|
| Citi Financial 1997 Nissan Altima | | $9,244.37 |

C. Creditor's Direct Communication With Debtors

Creditors whose claims are scheduled to be paid directly by the debtor, including creditors with claims secured by real property or vehicles, are authorized to send monthly statements to the debtor. They are also authorized to communicate directly with the debtor in response to a debtor's questions about monthly payments, escrow accounts, account balances, increases in monthly payments, and other routine customer service inquiries.

**2. PAYMENTS BY TRUSTEE**

A. Administrative Expenses (including Attorney's fees)
*The Trustee may receive up to 10% of all sums disbursed, except on any funds returned to the debtor.*

| Creditor | Estimated Amount of Debt | Monthly Payment Amount |
|---|---|---|
| Clayton Wrzesinski, P.C. | $2,724.00 | $209.54 Avg. |

B. Secured Claims - Real Property

| Creditor / Collateral | Est. Claim | Mo. Pmt or Method of Disbursement | Interest Rate | Other Treatment/ Remarks |
|---|---|---|---|---|
| Bank America 17315 Bushmills Road | $4,317.42 (Arrearage) | Pro-Rata | 0% | |

C. Secured Claims - Personal Property; Adequate Protection Payments; Motions to Value Collateral

**The debtor must propose an adequate protection payment to all creditors entitled to such payment pursuant to 11 U.S.C. § 1326(a).** Each secured creditor must file a proof of claim, with adequate proof of security interest attached, with the Clerk of Court, and serve it on the debtor(s) and debtor(s)' attorney. If no claim objection is made by the debtor(s) or other party in interest within 10 days of the filing of the claim, adequate protection payments to the secured creditor will commence as stated herein or as otherwise ordered by the Court in the next regular trustee disbursement after the thirtieth day following the filing of the petition. Such payments shall cease upon confirmation of the Plan.

| Creditor/Collateral | Adequate Protection Payment | Other Treatment/Remarks |
|---|---|---|

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Andre W Ingram**  Case No. **09-10958**
**Joyce L Ingram**
Debtor(s)  Chapter 13 Proceeding

# DEBTOR(S)' CHAPTER 13 PLAN  ☐ *AMENDED*
# AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 2*

| | |
|---|---:|
| Bank Of America 2007 Silverado | $292.13 |
| Chase Nissan Maxima | $134.63 |
| Conns Appliances | $28.16 |

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the full amount of the claim, as specified below, plus interest thereon at the rate specified in this Plan. **Failure of the secured creditor to object to the proposed value will be deemed acceptance of the plan under Section 1325(a)(5)(A).** Except for secured claims for which provision is made to pay the full amount of the claim notwithstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section III(2)(E).

The Debtor moves to value collateral described below in the amounts indicated. The Debtor(s) declares, under penalty of perjury, that the foregoing values as stated in the above Motion and the Plan for the secured debt are true and correct and to the best of their knowledge represent the replacement value, pursuant to Section 506(a)(2), of the assets held for collateral.

**/s/ Andre W Ingram**  **/s/ Joyce L Ingram**
Andre W Ingram, Debtor  Joyce L Ingram, Joint Debtor

Objections to Valuation of Collateral proposed by this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan. Following confirmation of the Plan, monthly payments shall be made as follows:

| Creditor / Collateral | Est. Claim | Value of Collateral | Monthly Payment | Interest Rate | Pay Value of Collateral (OR) Pay Full Amount of Claim |
|---|---:|---:|---:|---:|---|
| Bank Of America 2007 Silverado | $23,755.80 | $19,475.00 | $541.81 Avg. | 5.25% | Pay Full Amount of Claim |
| Chase Nissan Maxima | $10,529.29 | $8,975.00 | $366.73 Avg. | 5.25% | Pay Value of Collateral |
| Conns Appliances | $1,877.04 | $1,877.04 | Pro-Rata | 5.25% | Pay Full Amount of Claim |
| Travis County Tax Assessor 17315 Bushmills Road | $7,497.87 | $22,726.00 | Pro-Rata | 12% | Pay Full Amount of Claim |

Secured creditors shall retain their liens on the collateral which is security for their claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law, or discharge under 11 U.S.C. Section 1328. In addition, if this case is dismissed or converted without completion of the Plan, such liens shall also be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

D. Priority Creditors

| Creditor | Estimated Amount of Debt | Payment Method 1. Before 2. After 3. Along With Secured Creditors | Remarks |
|---|---:|---|---|
| Arizona Department of Revenue | $128.00 | Along With | |
| Internal Revenue | $3,547.80 | Along With | |

Rev. 11/08

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Andre W Ingram**  Case No. **09-10958**
**Joyce L Ingram**
Debtor(s)  Chapter 13 Proceeding

## DEBTOR(S)' CHAPTER 13 PLAN  ☐ *AMENDED*
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 3*

E. General Unsecured Creditors [including claims from rejection of contracts, leases and contracts for deed]. Unless otherwise provided below, payments to creditors with allowed general unsecured claims shall be made on a pro rata basis as funds become available after payment of other creditors. It is estimated that distribution to the general unsecured creditors will commence in the **60th** month of the Plan.

F. Cure claims on Assumed Executory Contracts, Contracts for Deed & Leases:

| Creditor | Estimated Amount of Debt | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|
| | | | |

**Totals:**

| | |
|---|---|
| Administrative Claims | **$2,724.00** |
| Arrearage Claims | **$4,317.42** |
| Secured Claims | **$42,105.71** |
| Priority Claims | **$3,675.80** |
| Unsecured Claims | **$47,038.05** |
| Cure Claims | **$0.00** |

G. Supplemental Plan Provisions

(a) MOTION TO AVOID LIENS UNDER 11 U.S.C. § 522(f)

Debtor moves to avoid the following liens that impair exemptions. Objections to Lien Avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan. (Debtor must list the specific exempt property said lien impairs and the basis of the lien, i.e. judicial, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
| | | |

## IV. General Information

**NOTICE:** **Local Rule 3002 provides, in part:**

*"Every Creditor filing a Proof of Claim in all cases shall transmit a copy with attachments, if any, to the Debtor's Attorney (or the Debtor if the Debtor is pro se) and the Trustee appointed in the case."*

Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. The deadline for the filing of objections to confirmation is ten days prior to the confirmation hearing.

IN RE: **Andre W Ingram**  Case No. **09-10958**
  **Joyce L Ingram**
  Debtor(s)  Chapter 13 Proceeding

# DEBTOR(S)' CHAPTER 13 PLAN ☐ *AMENDED*
# AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 4*

Respectfully submitted this date:  **06/23/2009**                    .

| | |
|---|---|
| **/s/ Andre W Ingram** | **/s/ Joyce L Ingram** |
| Andre W Ingram | Joyce L Ingram |
| 17315 Bushmills Road | 17315 Bushmills Road |
| Pflugerville, TX 78660 | Pflugerville, TX 78660 |
| (Debtor) | (Joint Debtor) |

**/s/ Clayton Wrzesinski**
Clayton Wrzesinski
10101 Southwest Freeway
Suite 400
Houston, TX 77074
Phone: (281) 499-4996 / Fax: (281) 499-9106
(Attorney for Debtor)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: **Andre W Ingram**  CASE NO **09-10958**
**Joyce L Ingram**
*Debtor(s)*  CHAPTER **13**

# EXHIBIT "B" - VARIABLE PLAN PAYMENTS

## PROPOSED PLAN OF REPAYMENT (VARIABLE PAYMENTS INTO THE PLAN)

| # | Month / Due Date | Payment | # | Month / Due Date | Payment | # | Month / Due Date | Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 05/17/2009 | $1,142.59 | 21 | 01/17/2011 | $1,125.00 | 41 | 09/17/2012 | $1,125.00 |
| 2 | 06/17/2009 | $1,142.59 | 22 | 02/17/2011 | $1,125.00 | 42 | 10/17/2012 | $1,125.00 |
| 3 | 07/17/2009 | $1,125.00 | 23 | 03/17/2011 | $1,125.00 | 43 | 11/17/2012 | $1,125.00 |
| 4 | 08/17/2009 | $1,125.00 | 24 | 04/17/2011 | $1,125.00 | 44 | 12/17/2012 | $1,125.00 |
| 5 | 09/17/2009 | $1,125.00 | 25 | 05/17/2011 | $1,125.00 | 45 | 01/17/2013 | $1,125.00 |
| 6 | 10/17/2009 | $1,125.00 | 26 | 06/17/2011 | $1,125.00 | 46 | 02/17/2013 | $1,125.00 |
| 7 | 11/17/2009 | $1,125.00 | 27 | 07/17/2011 | $1,125.00 | 47 | 03/17/2013 | $1,125.00 |
| 8 | 12/17/2009 | $1,125.00 | 28 | 08/17/2011 | $1,125.00 | 48 | 04/17/2013 | $1,125.00 |
| 9 | 01/17/2010 | $1,125.00 | 29 | 09/17/2011 | $1,125.00 | 49 | 05/17/2013 | $1,125.00 |
| 10 | 02/17/2010 | $1,125.00 | 30 | 10/17/2011 | $1,125.00 | 50 | 06/17/2013 | $1,125.00 |
| 11 | 03/17/2010 | $1,125.00 | 31 | 11/17/2011 | $1,125.00 | 51 | 07/17/2013 | $1,125.00 |
| 12 | 04/17/2010 | $1,125.00 | 32 | 12/17/2011 | $1,125.00 | 52 | 08/17/2013 | $1,125.00 |
| 13 | 05/17/2010 | $1,125.00 | 33 | 01/17/2012 | $1,125.00 | 53 | 09/17/2013 | $1,125.00 |
| 14 | 06/17/2010 | $1,125.00 | 34 | 02/17/2012 | $1,125.00 | 54 | 10/17/2013 | $1,125.00 |
| 15 | 07/17/2010 | $1,125.00 | 35 | 03/17/2012 | $1,125.00 | 55 | 11/17/2013 | $1,125.00 |
| 16 | 08/17/2010 | $1,125.00 | 36 | 04/17/2012 | $1,125.00 | 56 | 12/17/2013 | $1,125.00 |
| 17 | 09/17/2010 | $1,125.00 | 37 | 05/17/2012 | $1,125.00 | 57 | 01/17/2014 | $1,125.00 |
| 18 | 10/17/2010 | $1,125.00 | 38 | 06/17/2012 | $1,125.00 | 58 | 02/17/2014 | $1,125.00 |
| 19 | 11/17/2010 | $1,125.00 | 39 | 07/17/2012 | $1,125.00 | 59 | 03/17/2014 | $1,125.00 |
| 20 | 12/17/2010 | $1,125.00 | 40 | 08/17/2012 | $1,125.00 | 60 | 04/17/2014 | $1,125.00 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE: **Andre W Ingram**  CASE NO. **09-10958**
*Debtor*

**Joyce L Ingram**  CHAPTER **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 23, 2009, a copy of the attached Chapter 13 Plan, with any attachments, and Budget and Monthly Family Income were served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

/s/ Clayton Wrzesinski
Clayton Wrzesinski
Bar ID:24029912
Clayton Wrzesinski, P.C.
10101 Southwest Freeway
Suite 400
Houston, TX 77074
(281) 499-4996

| | | |
|---|---|---|
| Andre W Ingram<br>17315 Bushmills Road<br>Pflugerville, TX 78660 | Bank Of America<br>5561<br>Pob 17054<br>Wilmington, DE 19884 | Chase<br>xxxxxxxx4839<br>201 N. Central Ave Floor 11<br>Phoenix, AZ 85004 |
| Arizona Department of Revenue<br>P.O. Box 29204<br>Phoenix, AZ 85038 | Bank Of America<br>xxxxxxxxxx8361<br>Attn: Bankruptcy NC4-105-02-77<br>PO Box 26012<br>Greensboro, NC 27410 | Citi<br>xxxxxxxx6124<br>Attn: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64915 |
| Bank America<br>xxxxxxxxx9498<br>Attn: Bankruptcy Dept<br>475 Crosspoint Parkway<br>Getzville, NY 14068 | Capital 1 Bank<br>xxxxxxxx1016<br>Attn: C/O TSYS Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | Citi Financial<br>xxxxxxxx-xxx6178<br>1401 South IH 35, #100<br>Round Rock, TX 78664 |
| Bank America<br>xxxxxxxxx9498<br>Attn: Bankruptcy Dept<br>475 Crosspoint Parkway<br>Getzville, NY 14068 | Cbe Group<br>xxxxx5940<br>131 Tower Park Dri<br>Waterloo, IA 50704 | Citifinancial<br>xxxxxxxxxxx6178<br>Po Box 499<br>Hanover, MD 21076 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: __Andre W Ingram__  CASE NO. __09-10958__
*Debtor*

__Joyce L Ingram__  CHAPTER __13__
*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

---

Conns
xxxxx1931
Attention: Heather McAdams
PO Box 2358
Beaumont, TX 77704

Wf Fin Bank
xxxxxxxx1946
PO Box 182273
Columbus, OH 43218

Deborah B. Langehennig

Wffinancial
xxxxxxxxxxx4803
2000 N Mays St Ste 105
Round Rock, TX 78664

Discover Card
xxxxxxxxxxxxxxxxxxxxxxx6700
P.O. Box 30395
Salt Lake City, UT 84130-0395

Discover Fin Svcs Llc
xxxxxxxx3763
Po Box 15316
Wilmington, DE 19850

Internal Revenue
PO Box 21125
Philadelphia, PA 19114

Travelers Remittance Center
xxxxxxxxx1221
One Tower Square
Hartford, CT 06183-1001

Travis County Tax Assessor
xx-xxxx-xxxx-0000
5501 Airport Blvd
Austin, TX 78751-1410

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

IN RE: **Andre W Ingram, Debtor**     CASE NO **09-10958**

**Joyce L Ingram, Joint Debtor**

CHAPTER **13**

## PROPOSED PAYMENT SCHEDULE FOR CHAPTER 13 PLAN (PRO FORMA)

*The following payment schedule is a projection of the anticipated payments to be made to the creditors under the plan. This Pro Forma serves as support documentation to the debtor's proposed plan. Actual distributions by the Chapter 13 Trustee may vary.*

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 1 | MONTH 2 | MONTH 3 | MONTH 4 | MONTH 5 | MONTH 6 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Arizona Department of Revenue | $128.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank America | $4,317.42 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank Of America | $23,755.80 | 5.25% | $2,793.10 | $340.12 | $478.27 | $470.91 | $470.91 | $470.91 | $470.91 |
| Chase | $8,975.00 | 5.25% | $559.94 | $245.25 | $344.86 | $339.55 | $339.55 | $339.55 | $339.55 |
| Clayton Wrzesinski, P.C. | $2,724.00 | 0.00% | $0.00 | $447.53 | $209.77 | $206.54 | $206.54 | $206.54 | $206.54 |
| Conns | $1,877.04 | 5.25% | $413.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue | $3,547.80 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Travis County Tax Assessor | $7,497.87 | 12.00% | $4,339.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,142.59 | $1,142.59 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| NEW BALANCE: | | | | $1,142.59 | $1,142.59 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$1,032.90** | **$1,032.90** | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $109.69 | $109.69 | $108.00 | $108.00 | $108.00 | $108.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 7 | MONTH 8 | MONTH 9 | MONTH 10 | MONTH 11 | MONTH 12 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Arizona Department of Revenue | $128.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank America | $4,317.42 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank Of America | $23,755.80 | 5.25% | $2,793.10 | $470.91 | $470.91 | $470.91 | $470.91 | $470.91 | $470.91 |
| Chase | $8,975.00 | 5.25% | $559.94 | $339.55 | $339.55 | $339.55 | $339.55 | $339.55 | $339.55 |
| Clayton Wrzesinski, P.C. | $2,724.00 | 0.00% | $0.00 | $206.54 | $206.54 | $206.54 | $206.54 | $206.54 | $206.54 |
| Conns | $1,877.04 | 5.25% | $413.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue | $3,547.80 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Travis County Tax Assessor | $7,497.87 | 12.00% | $4,339.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| NEW BALANCE: | | | | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $108.00 | $108.00 | $108.00 | $108.00 | $108.00 | $108.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 13 | MONTH 14 | MONTH 15 | MONTH 16 | MONTH 17 | MONTH 18 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Arizona Department of Revenue | $128.00 | 0.00% | $0.00 | $0.24 | $0.25 | $0.24 | $0.24 | $0.24 | $0.24 |
| Bank America | $4,317.42 | 0.00% | $0.00 | $8.09 | $8.35 | $8.31 | $8.27 | $8.23 | $8.19 |
| Bank Of America | $23,755.80 | 5.25% | $2,793.10 | $570.00 | $570.00 | $570.00 | $570.00 | $570.00 | $570.00 |
| Chase | $8,975.00 | 5.25% | $559.94 | $411.00 | $411.00 | $411.00 | $411.00 | $411.00 | $411.00 |
| Clayton Wrzesinski, P.C. | $2,724.00 | 0.00% | $0.00 | $1.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Conns | $1,877.04 | 5.25% | $413.08 | $3.73 | $3.86 | $3.86 | $3.86 | $3.85 | $3.85 |
| Internal Revenue | $3,547.80 | 0.00% | $0.00 | $6.65 | $6.87 | $6.83 | $6.79 | $6.76 | $6.72 |
| Travis County Tax Assessor | $7,497.87 | 12.00% | $4,339.27 | $15.99 | $16.67 | $16.76 | $16.84 | $16.92 | $17.00 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| NEW BALANCE: | | | | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $108.00 | $108.00 | $108.00 | $108.00 | $108.00 | $108.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 19 | MONTH 20 | MONTH 21 | MONTH 22 | MONTH 23 | MONTH 24 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Arizona Department of Revenue | $128.00 | 0.00% | $0.00 | $0.24 | $0.24 | $0.24 | $0.23 | $0.24 | $0.23 |
| Bank America | $4,317.42 | 0.00% | $0.00 | $8.14 | $8.10 | $8.06 | $8.01 | $7.97 | $7.93 |
| Bank Of America | $23,755.80 | 5.25% | $2,793.10 | $570.00 | $570.00 | $570.00 | $570.00 | $570.00 | $570.00 |
| Chase | $8,975.00 | 5.25% | $559.94 | $411.00 | $411.00 | $411.00 | $411.00 | $411.00 | $411.00 |
| Clayton Wrzesinski, P.C. | $2,724.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Conns | $1,877.04 | 5.25% | $413.08 | $3.85 | $3.84 | $3.84 | $3.84 | $3.83 | $3.83 |

| IN RE: | Andre W Ingram, Debtor | | CASE NO | 09-10958 |
|---|---|---|---|---|
| | Joyce L Ingram, Joint Debtor | | CHAPTER | 13 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 19 | MONTH 20 | MONTH 21 | MONTH 22 | MONTH 23 | MONTH 24 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Internal Revenue | $3,547.80 | 0.00% | $0.00 | $6.69 | $6.66 | $6.62 | $6.59 | $6.55 | $6.52 |
| Travis County Tax Assessor | $7,497.87 | 12.00% | $4,339.27 | $17.08 | $17.16 | $17.24 | $17.33 | $17.41 | $17.49 |
| | | | BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | DEBTOR'S PAYMENT TO TRUSTEE: | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| | | | NEW BALANCE: | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| | | DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** |
| | | | DISTRIBUTION TO GENERAL UNSECUREDS: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | $108.00 | $108.00 | $108.00 | $108.00 | $108.00 | $108.00 |
| | | | ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 25 | MONTH 26 | MONTH 27 | MONTH 28 | MONTH 29 | MONTH 30 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Arizona Department of Revenue | $128.00 | 0.00% | $0.00 | $0.23 | $1.55 | $2.87 | $2.86 | $2.84 | $2.82 |
| Bank America | $4,317.42 | 0.00% | $0.00 | $7.89 | $52.46 | $96.92 | $96.39 | $95.87 | $95.36 |
| Bank Of America | $23,755.80 | 5.25% | $2,793.10 | $570.00 | $570.00 | $570.00 | $570.00 | $570.00 | $570.00 |
| Chase | $8,975.00 | 5.25% | $559.94 | $411.00 | $206.33 | $0.00 | $0.00 | $0.00 | $0.00 |
| Clayton Wrzesinski, P.C. | $2,724.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Conns | $1,877.04 | 5.25% | $413.08 | $3.83 | $25.55 | $47.40 | $47.36 | $47.31 | $47.26 |
| Internal Revenue | $3,547.80 | 0.00% | $0.00 | $6.48 | $43.11 | $79.64 | $79.21 | $78.79 | $78.36 |
| Travis County Tax Assessor | $7,497.87 | 12.00% | $4,339.27 | $17.57 | $118.00 | $220.17 | $221.18 | $222.19 | $223.20 |
| | | | BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | DEBTOR'S PAYMENT TO TRUSTEE: | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| | | | NEW BALANCE: | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| | | DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** |
| | | | DISTRIBUTION TO GENERAL UNSECUREDS: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | $108.00 | $108.00 | $108.00 | $108.00 | $108.00 | $108.00 |
| | | | ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 31 | MONTH 32 | MONTH 33 | MONTH 34 | MONTH 35 | MONTH 36 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Arizona Department of Revenue | $128.00 | 0.00% | $0.00 | $2.81 | $2.80 | $2.78 | $2.76 | $2.75 | $2.73 |
| Bank America | $4,317.42 | 0.00% | $0.00 | $94.84 | $94.32 | $93.81 | $93.29 | $92.78 | $92.26 |
| Bank Of America | $23,755.80 | 5.25% | $2,793.10 | $570.00 | $570.00 | $570.00 | $570.00 | $570.00 | $570.00 |
| Chase | $8,975.00 | 5.25% | $559.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Clayton Wrzesinski, P.C. | $2,724.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Conns | $1,877.04 | 5.25% | $413.08 | $47.21 | $47.15 | $47.10 | $47.05 | $46.99 | $46.94 |
| Internal Revenue | $3,547.80 | 0.00% | $0.00 | $77.93 | $77.51 | $77.08 | $76.66 | $76.24 | $75.82 |
| Travis County Tax Assessor | $7,497.87 | 12.00% | $4,339.27 | $224.21 | $225.22 | $226.23 | $227.24 | $228.24 | $229.25 |
| | | | BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | DEBTOR'S PAYMENT TO TRUSTEE: | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| | | | NEW BALANCE: | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| | | DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** |
| | | | DISTRIBUTION TO GENERAL UNSECUREDS: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | $108.00 | $108.00 | $108.00 | $108.00 | $108.00 | $108.00 |
| | | | ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 37 | MONTH 38 | MONTH 39 | MONTH 40 | MONTH 41 | MONTH 42 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Arizona Department of Revenue | $128.00 | 0.00% | $0.00 | $2.72 | $2.70 | $2.69 | $2.67 | $2.66 | $2.65 |
| Bank America | $4,317.42 | 0.00% | $0.00 | $91.75 | $91.24 | $90.73 | $90.22 | $89.71 | $89.20 |
| Bank Of America | $23,755.80 | 5.25% | $2,793.10 | $570.00 | $570.00 | $570.00 | $570.00 | $570.00 | $570.00 |
| Chase | $8,975.00 | 5.25% | $559.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Clayton Wrzesinski, P.C. | $2,724.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Conns | $1,877.04 | 5.25% | $413.08 | $46.88 | $46.83 | $46.76 | $46.71 | $46.64 | $46.58 |
| Internal Revenue | $3,547.80 | 0.00% | $0.00 | $75.39 | $74.97 | $74.56 | $74.13 | $73.72 | $73.30 |
| Travis County Tax Assessor | $7,497.87 | 12.00% | $4,339.27 | $230.26 | $231.26 | $232.26 | $233.27 | $234.27 | $235.27 |
| | | | BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | DEBTOR'S PAYMENT TO TRUSTEE: | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| | | | NEW BALANCE: | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| | | DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** |
| | | | DISTRIBUTION TO GENERAL UNSECUREDS: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | $108.00 | $108.00 | $108.00 | $108.00 | $108.00 | $108.00 |
| | | | ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 43 | MONTH 44 | MONTH 45 | MONTH 46 | MONTH 47 | MONTH 48 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Arizona Department of Revenue | $128.00 | 0.00% | $0.00 | $2.63 | $2.61 | $2.60 | $2.58 | $2.57 | $2.56 |
| Bank America | $4,317.42 | 0.00% | $0.00 | $88.69 | $88.18 | $87.68 | $87.18 | $86.67 | $86.17 |
| Bank Of America | $23,755.80 | 5.25% | $2,793.10 | $570.00 | $570.00 | $570.00 | $570.00 | $570.00 | $570.00 |
| Chase | $8,975.00 | 5.25% | $559.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

IN RE: **Andre W Ingram, Debtor**  CASE NO **09-10958**

**Joyce L Ingram, Joint Debtor**  CHAPTER **13**

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Clayton Wrzesinski, P.C. | $2,724.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Conns | $1,877.04 | 5.25% | $413.08 | $46.52 | $46.46 | $46.39 | $46.33 | $46.27 | $46.19 |
| Internal Revenue | $3,547.80 | 0.00% | $0.00 | $72.88 | $72.47 | $72.05 | $71.64 | $71.22 | $70.81 |
| Travis County Tax Assessor | $7,497.87 | 12.00% | $4,339.27 | $236.28 | $237.28 | $238.28 | $239.27 | $240.27 | $241.27 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| NEW BALANCE: | | | | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $108.00 | $108.00 | $108.00 | $108.00 | $108.00 | $108.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 49 | MONTH 50 | MONTH 51 | MONTH 52 | MONTH 53 | MONTH 54 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Arizona Department of Revenue | $128.00 | 0.00% | $0.00 | $2.93 | $5.75 | $5.72 | $5.68 | $5.65 | $5.61 |
| Bank America | $4,317.42 | 0.00% | $0.00 | $98.81 | $193.77 | $192.64 | $191.51 | $190.38 | $189.25 |
| Bank Of America | $23,755.80 | 5.25% | $2,793.10 | $501.41 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Chase | $8,975.00 | 5.25% | $559.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Clayton Wrzesinski, P.C. | $2,724.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Conns | $1,877.04 | 5.25% | $413.08 | $53.21 | $104.80 | $104.63 | $104.47 | $104.31 | $104.15 |
| Internal Revenue | $3,547.80 | 0.00% | $0.00 | $81.20 | $159.23 | $158.30 | $157.37 | $156.44 | $155.51 |
| Travis County Tax Assessor | $7,497.87 | 12.00% | $4,339.27 | $279.44 | $553.45 | $555.71 | $557.97 | $560.22 | $562.48 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| NEW BALANCE: | | | | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $108.00 | $108.00 | $108.00 | $108.00 | $108.00 | $108.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 55 | MONTH 56 | MONTH 57 | MONTH 58 | MONTH 59 | MONTH 60 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Arizona Department of Revenue | $128.00 | 0.00% | $0.00 | $5.58 | $5.55 | $5.52 | $5.49 | $5.45 | $4.76 |
| Bank America | $4,317.42 | 0.00% | $0.00 | $188.13 | $187.00 | $185.88 | $184.76 | $183.65 | $160.38 |
| Bank Of America | $23,755.80 | 5.25% | $2,793.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Chase | $8,975.00 | 5.25% | $559.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Clayton Wrzesinski, P.C. | $2,724.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Conns | $1,877.04 | 5.25% | $413.08 | $103.98 | $103.81 | $103.64 | $103.47 | $103.30 | $90.60 |
| Internal Revenue | $3,547.80 | 0.00% | $0.00 | $154.59 | $153.67 | $152.75 | $151.83 | $150.91 | $131.78 |
| Travis County Tax Assessor | $7,497.87 | 12.00% | $4,339.27 | $564.72 | $566.97 | $569.21 | $571.45 | $573.69 | $506.00 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| NEW BALANCE: | | | | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$1,017.00** | **$893.52** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $123.48 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $108.00 | $108.00 | $108.00 | $108.00 | $108.00 | $108.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

B6I (Official Form 6I) (12/07)

In re **Andre W Ingram**　　　　　　　　　　　　　　　　Case No. **09-10958**
　　　**Joyce L Ingram**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | Bus Driver | unemployed |
| Name of Employer | StarTran, Inc. Capital Metro | |
| How Long Employed | 9 yrs | |
| Address of Employer | 2910 East 5th Street<br>Austin, TX 78702 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $3,516.93 | $0.00 |
| 2. Estimate monthly overtime | $1,354.17 | $0.00 |
| 3. SUBTOTAL | **$4,871.10** | **$0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| 　a. Payroll taxes (includes social security tax if b. is zero) | $476.67 | $0.00 |
| 　b. Social Security Tax | $303.33 | $0.00 |
| 　c. Medicare | $69.33 | $0.00 |
| 　d. Insurance | $426.83 | $0.00 |
| 　e. Union dues | $149.50 | $0.00 |
| 　f. Retirement　　Voluntary | $325.00 | $0.00 |
| 　g. Other (Specify)　401k repay　/ Medicare | $130.00 | $96.54 |
| 　h. Other (Specify) | $0.00 | $0.00 |
| 　i. Other (Specify) | $0.00 | $0.00 |
| 　j. Other (Specify) | $0.00 | $0.00 |
| 　k. Other (Specify) | $0.00 | $0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | **$1,880.66** | **$96.54** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | **$2,990.44** | **($96.54)** |
| 7. Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. Income from real property | $0.00 | $0.00 |
| 9. Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify): | $0.00 | $1,054.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): | | |
| 　a. | $0.00 | $0.00 |
| 　b. | $0.00 | $0.00 |
| 　c. | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | **$1,054.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$2,990.44** | **$957.46** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$3,947.90** | |

　　　　　　　　　　　　　　　　　　　　　　　(Report also on Summary of Schedules and, if applicable,
　　　　　　　　　　　　　　　　　　　　　　　on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)
IN RE: **Andre W Ingram**           Case No. **09-10958**
       **Joyce L Ingram**                                (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home)<br>   a. Are real estate taxes included? ☐ Yes ☑ No<br>   b. Is property insurance included? ☐ Yes ☑ No | $1,007.00 |
| 2. Utilities: a. Electricity and heating fuel<br>           b. Water and sewer<br>           c. Telephone<br>           d. Other: HOA | $200.00<br>$115.00<br>$150.00<br>$12.00 |
| 3. Home maintenance (repairs and upkeep)<br>4. Food<br>5. Clothing<br>6. Laundry and dry cleaning<br>7. Medical and dental expenses<br>8. Transportation (not including car payments)<br>9. Recreation, clubs and entertainment, newspapers, magazines, etc.<br>10. Charitable contributions | <br>$300.00<br><br><br>$50.00<br>$250.00<br><br> |
| 11. Insurance (not deducted from wages or included in home mortgage payments)<br>       a. Homeowner's or renter's<br>       b. Life<br>       c. Health<br>       d. Auto<br>       e. Other: | $212.00<br>$24.00<br><br>$242.00<br> |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: Property Tax | $200.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)<br>       a. Auto:<br>       b. Other:<br>       c. Other:<br>       d. Other: | |
| 14. Alimony, maintenance, and support paid to others:<br>15. Payments for support of add'l dependents not living at your home:<br>16. Regular expenses from operation of business, profession, or farm (attach detailed statement)<br>17.a. Other: See attached personal expenses<br>17.b. Other: | <br><br><br>$60.00<br> |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$2,822.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME<br>a. Average monthly income from Line 15 of Schedule I<br>b. Average monthly expenses from Line 18 above<br>c. Monthly net income (a. minus b.) | <br>$3,947.90<br>$2,822.00<br>$1,125.90 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: **Andre W Ingram**  CASE NO **09-10958**
**Joyce L Ingram**

CHAPTER **13**

## EXHIBIT TO SCHEDULE J

### Itemized Personal Expenses

| Expense | Amount |
|---|---|
| Postage | **$5.00** |
| Barber/Beauty | **$15.00** |
| Pager/Internet | **$40.00** |
| **Total >** | **$60.00** |